# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JERRY SLEDGE,**

   *Plaintiff*,

v.                                                 Case No.: 1:21cv10-MW/GRJ

**UNITED STATES OF AMERICA,**

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without leave to amend for failure to prosecute and as frivolous pursuant to 28 U.S.C. § 1915(e)." The Clerk shall close the file.

**SO ORDERED on March 17, 2021.**

                                                      s/Mark E. Walker         
                                                      **Chief United States District Judge**